

**New Jersey**
400 Connell Drive
Suite 4000
Berkeley Heights, NJ  07922

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1069

**Writer's E-mail:**
skagan@fisherphillips.com

March 4, 2026

**VIA ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & US Courthouse
402 E. State Street
Trenton, NJ 08608

    Re: *Dana McFarlin v Wayfair, LLC, et al.*
       *Civil Action No.: 3:24-cv-10817 (RK-RLS)*

Dear Judge Singh:

  In advance of the Court's telephonic status conference on March 13, 2026 [ECF Document 23], the parties jointly write to provide the Court with a brief status update.

  This matter has been resolved in principle pending execution of a formal settlement agreement, a draft of which has been prepared and is being reviewed by Plaintiff. The parties intend to file a stipulation of dismissal in due course after the settlement terms have been satisfied. We are happy to provide any additional information that may be helpful to the Court.

Hon. Rukhsanah L. Singh, U.S.M.J.
March 4, 2026
Page 2

      We thank the Court for its time and attention to this matter.

                                        Respectfully submitted,

                                        **R. SHANE KAGAN**
                                        FISHER & PHILLIPS LLP

RSK:jc
cc:     All Counsel of Record (via ECF)

FP 62150370.3